# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHARLES M. EBIE,**

    **Plaintiff,**

                              Case No. 2:16-cv-283
    v.                          Judge Michael H. Watson
                              Magistrate Judge Chelsey M. Vascura

**CITY OF PATASKALA,** *et al.***,**

    **Defendants.**

## ORDER

Defendant's Motion to Vacate the Court's November 27, 2017 Notice of Mediation Conference, is **GRANTED IN PART AND DENIED IN PART**. (ECF No. 39.) The mediation scheduled for December 15, 2017 is **VACATED**, and parties are **DIRECTED** to contact the mediator to reschedule the mediation. Absent any extension of time, the mediation must be held **ON OR BEFORE JANUARY 31, 2018**.

    **IT IS SO ORDERED.**

                                                     /s/ *Chelsey M. Vascura*
                                                     CHELSEY M. VASCURA
                                                     UNITED STATES MAGISTRATE JUDGE